IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LISA A. KENNICOTT, LISA A.
GARCIA, and SUE C. PHELPS, on behalf
of themselves and a class of those similarly
situated,

        Plaintiffs,

v.                                                                     No. CIV 17-188 JB/GJF

SANDIA CORPORATION d/b/a SANDIA
NATIONAL LABORATORIES,

        Defendant.

## ORDER EXTENDING DEADLINES FOR MOTIONS TO COMPEL

**THIS MATTER** comes before the Court on the parties' Joint Motion to Extend Deadlines for Motions to Compel filed July 31, 2017 (Doc. No. 48) ("Joint Motion"). The Court reviewed the Joint Motion and finds there is good cause to grant the parties' request.

**IT IS ORDERED** that:

The parties will meet and confer regarding any discovery dispute for which a motion to compel might be filed.

The 21-day period described in D.N.M.LR-Civ. 26.6 will not start until any party notifies the other parties that compromise discussions have concluded.

This will be so for all motions to compel written discovery responses or document productions since the inception of and for the duration of this case or until further order of the Court.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

| | |
|---|---|
| *Approved July 31, 2017*<br><br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br> Kelly M. Dermody (N.M. Fed. Bar No. 17-18)<br> Anne B. Shaver (N.M. Fed. Bar No. 17-22)<br> Lin Y. Chan (N.M. Fed. Bar No. 17-17)<br> Michael Levin-Gesundheit<br> (N.M. Fed. Bar No. 17-20)<br> Tiseme G. Zegeye (N.M. Fed. Bar No. 17-69)<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>E-Mail: kdermody@lchb.com<br>E-Mail: ashaver@lchb.com<br>E-Mail: lchan@lchb.com<br>E-Mail: mlevin@lchb.com<br>E-Mail: tzegeye@lchb.com<br><br>*Attorneys for Plaintiffs* | *Approved July 31, 2017*<br><br>OUTTEN & GOLDEN LLP<br>Adam T. Klein*<br>Elizabeth V. Stork*<br>685 Third Avenue, 25th Floor New York, New York 10017 Telephone: (212) 245-1000<br>Facsimile: (212) 977-4005 E-Mail: atk@outtengolden.com E-Mail: estork@outtengolden.com<br><br>David Lopez*<br>601 Massachusetts Avenue NW Second Floor West Suite Washington, D.C. 20001<br>Telephone: (202) 847-4400 Facsimile: (202) 847-4410 E-Mail: pdl@outtengolden.com<br>* attorney associated with member of D.N.M. Federal Bar<br><br>*Attorneys for Plaintiffs* |
| *APPROVED JULY 31, 2017*<br><br>RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.<br>    Scott D. Gordon<br>    Theresa W. Parrish<br>    Jeffrey L. Lowry<br>    Stephanie L. Latimer<br>Post Office Box 1888<br>Albuquerque, New Mexico  87103<br>Telephone:  (505) 765-5900<br>Facsimile:  (505) 768-7395<br>sgordon@rodey.com / tparrish@rodey.com<br>jlowry@rodey.com / slatimer@rodey.com<br><br>*Attorneys for Defendant Sandia Corporation* | *APPROVED JULY 31, 2017*<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>    Grace E. Speights<br>    Michael S. Burkhardt<br>    Krissy A. Katzenstein<br>1111 Pennsylvania Avenue, NW<br>Washington, DC  20004-2541<br>Telephone:  (202) 739-3000<br>Facsimile:  (202) 739-3001<br>grace.speights@morganlewis.com<br>michael.burkhardt@morganlewis.com<br>krissy.katzenstein@morganlewis.com<br><br>*Attorneys for Defendant Sandia Corporation* |