# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

LISA A. KENNICOTT, LISA A.
GARCIA, and SUE C. PHELPS, on behalf
of themselves and a class of those similarly
situated,

        Plaintiffs,

v.

        Civ. No. 17-188 JB/GJF

SANDIA CORPORATION d/b/a SANDIA
NATIONAL LABORATORIES,

        Defendant.

## ORDER EXTENDING CASE SCHEDULE

     **THIS MATTER** comes before the Court on the parties' "Joint Motion to Extend Case Schedule" ("Joint Motion") filed January 25, 2018. ECF No. 79. The Court, having reviewed the record and noting the concurrence of the parties, finds the Joint Motion to be well taken and will **GRANT** the parties' request.

     The Court **THEREFORE ORDERS** that the following deadlines be imposed:

**Expert Discovery and Class Certification Briefing:**

| Amending the complaint | May 21, 2018 |
|---|---|
| Plaintiffs submit motion for class certification and expert reports | August 17, 2018 |
| Sandia submits opposition to class certification and expert reports | October 31, 2018 |
| Plaintiffs submit reply motion and expert reports | December 21, 2018 |

**Pre-class Certification Discovery:**

| Documents | |
|---|---|
| Sandia completes production of policy documents identified through its targeted collection | January 31, 2018 |
| Parties conclude meet and confer on internal complaints | February 12, 2018 |
| Parties conclude meet and confer on ESI | February 28, 2018 |
| Parties conclude meet and confer on internal audits | June 29, 2018 |
| **Depositions** | |
| Plaintiffs take 30(b)(6) deposition on data | February 16, 2018 |
| Plaintiffs take 30(b)(6) depositions on performance review, promotion, and compensation policies | February 28, 2018 |
| Plaintiffs take 30(b)(6) depositions on internal complaints and internal audits | 30 days from order on motion to compel, or from production of related documents either ordered produced by the court or produced voluntarily by Sandia, whichever is later |
| **Data** | |
| Plaintiffs serve revisions to data request, if any | One week from completion of 30(b)(6) deposition on data |

Should modest adjustments to the above dates be required, the parties will meet and confer in good faith regarding such adjustments in an effort to reach agreement without Court intervention. A modest adjustment of one or more of the above deadlines shall not constitute a violation of this Order.

        **IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

*Counsel*:

<table>
<tr>
<td>

*Approved January 25, 2018*

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
 Kelly M. Dermody (N.M. Fed. Bar No. 17-18)
 Anne B. Shaver (N.M. Fed. Bar No. 17-22)
 Lin Y. Chan (N.M. Fed. Bar No. 17-17)
 Michael Levin-Gesundheit
 (N.M. Fed. Bar No. 17-20)
 Tiseme G. Zegeye (N.M. Fed. Bar No. 17-69)
 275 Battery Street, 29th Floor
 San Francisco, CA 94111-3339
 Telephone: (415) 956-1000
 Facsimile: (415) 956-1008
 E-Mail: kdermody@lchb.com
 E-Mail: ashaver@lchb.com
 E-Mail: lchan@lchb.com
 E-Mail: mlevin@lchb.com
 E-Mail: tzegeye@lchb.com

*Attorneys for Plaintiffs*

</td>
<td>

 *Approved January 25, 2018*

**OUTTEN & GOLDEN LLP**
Adam T. Klein*
Elizabeth V. Stork*
685 Third Avenue, 25th Floor New York, New York 10017 Telephone: (212) 245-1000
Facsimile: (212) 977-4005 E-Mail:
atk@outtengolden.com E-Mail:
estork@outtengolden.com

David Lopez*
601 Massachusetts Avenue NW Second Floor West Suite Washington, D.C. 20001
Telephone: (202) 847-4400 Facsimile: (202) 847-4410 E-Mail: pdl@outtengolden.com
* attorney associated with member of D.N.M. Federal Bar

*Attorneys for Plaintiffs*

</td>
</tr>
</table>

<table>
<tr>
<td>

*APPROVED JANUARY 25, 2018*

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
    Scott D. Gordon
    Theresa W. Parrish
    Jeffrey L. Lowry
    Stephanie L. Latimer
Post Office Box 1888
Albuquerque, New Mexico 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
sgordon@rodey.com / tparrish@rodey.com
jlowry@rodey.com / slatimer@rodey.com

*Attorneys for Defendant Sandia Corporation*

</td>
<td>

*APPROVED JANUARY 25, 2018*

MORGAN, LEWIS & BOCKIUS LLP
    Grace E. Speights
    Michael S. Burkhardt
    Krissy A. Katzenstein
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
grace.speights@morganlewis.com
michael.burkhardt@morganlewis.com
krissy.katzenstein@morganlewis.com

*Attorneys for Defendant Sandia Corporation*

</td>
</tr>
</table>