# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CLERK'S MINUTES

**BEFORE DISTRICT JUDGE JAMES O. BROWNING**

| | | | |
|---|---|---|---|
| **CASE NO.:** | CIV 17-0188 JB/GJF | **DATE:** | January 18, 2018 |
| **CASE CAPTION:** | *Kennicott et al v. Sandia Corporation* | | |
| **CRD:** | M. Behning | **COURT REPORTER:** | J. Bean |
| **COURT IN SESSION:** | 3:02 p.m. | **COURT IN RECESS:** | 3:22 p.m. = :20 |

**TYPE OF PROCEEDING:** Status Conference

**COURT'S RULING/DISPOSITION:** N/A

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:** Plaintiff's Counsel

| **ATTORNEYS PRESENT FOR PLAINTIFF(S):** | **ATTORNEYS PRESENT FOR DEFENDANT(S):** |
|---|---|
| Anne Brackett Shaver | Scott D. Gordon |
| Kelly Maureen Dermody | Krissy A. Katzenstein |
| David Lopez (appearing telephonically) | Cindy Lovato-Farmer |

## PROCEEDINGS

**COURT IN SESSION:** 3:02 p.m.

**Court:** Calls case. Counsel enter appearances.

**Court:** Provides disclosure re: Law Clerk Ben Mendelson.

**Ms. Shaver:** Asks to submit a Scheduling Order and have it filed. Asks for a Status Hearing on 4/5.

**Ms. Katzenstein:** Agrees to one change and will submit.

**Court:** Sets Status Hearing on 4/5 at 11:45 a.m. Informs counsel that the Court has a Class Certification Hearing scheduled for 4/4 and 4/5 in another case and sets this case the same day since it will not take long.

**Ms. Shaver:** Asks who to take discovery disputes to?

**Court:** Magistrate Judge Fourat.

**Ms. Shaver:** Requests a telephonic Contested Motion Hearing be set.

**Court:** Sets Motion Hearing for 11:00 a.m. on January 19, 2018; informs telephonic appearances are acceptable. Ms. Shaver will submit a proposed form of Scheduling Order.

**COURT IN RECESS:** **3:22 p.m.**