UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

LISA A. KENNICOTT, LISA A.
GARCIA, and SUE C. PHELPS, on behalf
of themselves and a class of those similarly
situated,

        Plaintiffs,

v.                                                                             Civ. No. 17-188 JB/GJF

SANDIA CORPORATION d/b/a SANDIA
NATIONAL LABORATORIES,

        Defendant.

## SECOND ORDER EXTENDING CASE SCHEDULE

**THIS MATTER** comes before the Court on the parties' Joint Motion to Extend Case Schedule ("Joint Motion"), filed March 29, 2018. ECF No. 104. The Court, having reviewed the record and noting the concurrence of the parties, finds the Joint Motion to be well taken and will **GRANT** the parties' request.

The Court **THEREFORE ORDERS** that the following deadlines be imposed:

**Expert Discovery and Class Certification Briefing:**

| | |
|---|---|
| Deadline to amend the complaint | June 21, 2018 |
| Plaintiffs submit motion for class certification and expert reports | November 14, 2018 |
| Sandia submits opposition to class certification and expert reports | January 28, 2019 |
| Plaintiffs submit reply motion and expert reports | March 19, 2019 |

**Pre-class Certification Discovery:**

| Documents | Deadline |
|---|---|

1

| | |
|---|---|
| Sandia completes production of policy documents identified through its targeted collection | January 31, 2018 |
| Parties conclude meet and confer on internal complaints | February 12, 2018 |
| Parties conclude meet and confer on ESI | April 30, 2018 |
| Parties conclude meet and confer on internal audits | July 31, 2018 |
| **Depositions** | **Deadline** |
| Plaintiffs take 30(b)(6) deposition on data | By February 16, 2018 |
| Plaintiffs take 30(b)(6) depositions on performance review, promotion, and compensation policies | By February 28, 2018 |
| Plaintiffs take 30(b)(6) depositions on internal complaints and internal audits | 30 days from order on motion to compel, or from production of related documents either ordered produced by the court or produced voluntarily by Sandia, whichever is later |
| **Data** | **Deadline** |
| Plaintiffs serve revisions to data request, if any | One week from completion of 30(b)(6) deposition on data |
| Data production complete | May 31, 2018 |

Should modest adjustments to the above dates be required, the parties will meet and confer in good faith regarding such adjustments in an effort to reach agreement without Court intervention. A modest adjustment of one or more of the above deadlines shall not constitute a violation of this Order.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE