IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LISA A. KENNICOTT; LISA A. GARCIA
and SUE C. PHELPS, on behalf of
themselves and a class of those similarly
situated,

        Plaintiffs,

vs.                                                                                    No. CIV 17-0188 JB\GJF

SANDIA CORPORATION,

        Defendant.

# **ORDER**[1]

**THIS MATTER** comes before the Court on the Defendant's Motion to Dismiss State Law Claims, filed March 17, 2017 (Doc. 14)("Motion"). The Court held a hearing on June 12, 2017. For the reasons that the Court stated on the record at the hearing, the Court grants the Motion. The Court concludes that the federal enclave doctrine bars the state law claims that Plaintiffs Lisa A. Kennicott, Lisa A. Garcia, and Sue C. Phelps assert in the Class Action Complaint, filed February 7, 2017 (Doc. 1).

**IT IS ORDERED** that (i) the Defendant's Motion to Dismiss State Law Claims, filed March 17, 2017 (Doc. 14), is granted; and (ii) the state law claims that Plaintiffs Lisa A. Kennicott, Lisa A. Garcia, and Sue C. Phelps assert in the Class Action Complaint, filed February 7, 2017 (Doc. 1), are dismissed with prejudice.

---

[1]The Order disposes of the Defendant's Motion to Dismiss State Law Claims, filed March 17, 2017 (Doc. 14). The Court will, however, issue a Memorandum Opinion at a later date more fully detailing its rationale for this decision.

                                                   _____
                                                   UNITED STATES DISTRICT JUDGE

*Counsel:*

Michael Ian Levin-Gesundheit
Shira J. Tevah
Anne Brackett Shaver
Kelly Maureen Dermody
Lin Yee Chan
Tiseme Gabriella Zegeye
Lieff Cabraser Heimann & Bernstein, LLP
San Francisco, California

--and--

Adam T. Klein
Cheryl-Lyn Bentley
Elizabeth Stork
Outten & Golden LLP
New York, New York

  *Attorneys for the Plaintiffs*

Grace E. Speights
Krissy A. Katzenstein
Michael S. Burkhardt
Morgan, Lewis & Bockius LLP
Washington, D.C.

--and--

Scott D. Gordon
Jeffrey L. Lowry
Paola Viviana Jaime
Stephanie Latimer
Theresa W. Parrish
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

  *Attorneys for the Defendant*