UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

LISA A. KENNICOTT, LISA A.
GARCIA, and SUE C. PHELPS, on behalf
of themselves and a class of those similarly
situated,

      Plaintiffs,

v.                                                                              Civ. No. 17-188 JB/GJF

SANDIA CORPORATION d/b/a SANDIA
NATIONAL LABORATORIES,

      Defendant.

## ORDER SETTING MOTION HEARING

This matter is before the Court upon Plaintiffs' Motion to Compel ("Motion") [ECF No. 93], filed March 5, 2018. Briefing now complete [ECF No. 108], the Court will hold a telephonic hearing on the Motion on May 2, 2018, at 1:30 pm MDT. The parties shall call Judge Fouratt's "Meet Me" line at (505) 348-2695 to be connected to the proceedings.[1] If the parties anticipate the need for any witness testimony, however, the parties should advise the Court no later than April 20, 2018, so that the Court can instead hold the hearing in person.

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court's teleconference line has a limited number of external connections. Therefore, by default, each side may use a maximum of two telephone lines on which to call in. If unanimous, the parties may agree to a different division. If a side wishes to have more people participate than they have available connections, they may have persons share one telephone via a speakerphone or set up a separate teleconference that they then connect to the Court's line.