**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

LISA A. KENNICOTT, LISA A.
GARCIA, and SUE C. PHELPS, on behalf
of themselves and a class of those similarly
situated,

      Plaintiffs,

v.                                           Civ. No. 17-188 JB/GJF

SANDIA CORPORATION d/b/a SANDIA
NATIONAL LABORATORIES,

      Defendant.

## <u>ORDER DENYING MOTION TO EXTEND</u>

      This matter is before the Court upon Defendant Sandia Corporation's "Motion for Extension of Time to Produce Documents" ("Motion"), filed on May 25, 2018. ECF No. 115. Plaintiffs responded the same day. ECF No. 116. Defendant subsequently filed a Notice of Production of Documents [ECF No. 122], indicating that it had since produced the documents for which it had sought the extension of time.

      For the reasons stated on the record by the Court during today's telephonic hearing, the Court **DENIES** the Motion as moot.

      **IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE