# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

LISA A. KENNICOTT, LISA A. GARCIA, and SUE C. PHELPS, on behalf of themselves and a class of those similarly situated,

       Plaintiffs,

v.                                                              Civ. No. 17-188 JB/GJF

SANDIA CORPORATION d/b/a SANDIA NATIONAL LABORATORIES,

       Defendant.

## ORDER GRANTING MOTION TO STAY

This matter is before the Court upon Defendant Sandia Corporation's "Motion to Stay Magistrate's Order Pending District Court's Ruling on Defendant's Objections" ("Motion") [ECF No. 120], filed on May 29, 2018. Plaintiffs filed their Response on June 4, 2018 [ECF No. 124], and Defendant filed its Reply on June 6, 2018. ECF No. 125.

For the reasons stated on the record by the Court during today's telephonic hearing, the Court **GRANTS** the Motion. The Court's Order Granting Plaintiffs' Motion to Compel [ECF No. 112], entered on May 14, 2018, is **STAYED** pending Judge Browning's ruling on Defendant's Objections to Magistrate Judge's Order Granting Plaintiffs' Motion to Compel Production of Documents [ECF No. 117].

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE