# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

LISA A. KENNICOTT, LISA A. GARCIA, and SUE C. PHELPS, on behalf of themselves and a class of those similarly situated,

       Plaintiffs,

v.

Civ. No. 17-188 JB/GJF

SANDIA CORPORATION d/b/a SANDIA NATIONAL LABORATORIES,

       Defendant.

## THIRD ORDER EXTENDING CASE SCHEDULE

This matter is before the Court upon the parties' Joint Motion to Extend Case Schedule ("Joint Motion"), filed June 20, 2018. ECF No. 137. The Court, having reviewed the record and noting the concurrence of the parties, finds the Joint Motion to be well taken and will **GRANT** the parties' request.

The Court **THEREFORE ORDERS** that the following deadline be imposed:

|  | Current Deadline | New Deadline |
| --- | --- | --- |
| Deadline to amend the complaint | June 21, 2018 | 14 days from Defendant's production of employee ID numbers |

**IT IS SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE