**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

LISA A. KENNICOTT, LISA A.
GARCIA, SUE C. PHELPS, and
JUDI DOOLITTLE, on behalf
of themselves and a class of those similarly
situated,

      Plaintiffs,

v.                                           Civ. No. 17-188 JB/GJF

SANDIA CORPORATION d/b/a SANDIA
NATIONAL LABORATORIES,

      Defendant.

## <u>INTERIM SCHEDULING ORDER</u>

      On August 30, 2018, the Court held a Telephonic Discovery Management Conference ("Conference"). At the Conference, the Court reviewed the progress of discovery and heard argument for counsel from both sides. For the reasons stated on the record during that hearing, the Court **HEREBY ORDERS**:

1. The deadlines set out in the "Second Order Extending Case Schedule" [ECF No. 105] are **VACATED**;

2. The parties shall submit a joint proposed revised schedule or competing proposed revised schedules within **seven days** after a decision on the Motion to Stay [ECF No. 156] is issued by this Court;

3. The deadline for the parties to file Joint Status Report No. 16 shall be 12:00 p.m. MDT on **October 29, 2018**; and

4.  A telephonic Discovery Management Conference will be held on October 30, 2018, at

2:30 p.m. MDT.  The parties shall call Judge Fouratt's "Meet Me" line at (505) 348-

2695 to be connected to the proceedings.[1]

**IT IS SO ORDERED.**

THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court's teleconference line has a limited number of external connections. Therefore, by default, each side may use a maximum of two telephone lines on which to call in. If unanimous, the parties may agree to a different division. If a side wishes to have more people participate than they have available connections, they may have persons share one telephone via a speakerphone or set up a separate teleconference that they then connect to the Court's line.