# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| LISA A. KENNICOTT, LISA A. GARCIA, SUE C. PHELPS, and JUDI DOOLITTLE, on behalf of themselves and a class of those similarly situated, | Case 1:17-cv-00188 JB |
| Plaintiffs, | |
| v. | |
| SANDIA CORPORATION d/b/a SANDIA NATIONAL LABORATORIES, | |
| Defendant. | |

## UNOPPOSED MOTION TO WITHDRAW LISA KENNICOTT AS A CLASS REPRESENTATIVE AND SEVER CLAIMS

Plaintiffs move the Court to allow Lisa Kennicott to withdraw as a named Plaintiff and proposed Class representative. *See* Fed. R. Civ. P. 21[1]

As grounds for this motion, Plaintiffs state:

1. Plaintiff Lisa Kennicott would like to withdraw as a named plaintiff and class representative in this matter. Declaration of Lisa Kennicott, attached as Ex. A ¶ 1

2. Plaintiff Kennicott further would like to be severed from this case and proceed in a separate action on an individual, non-representative basis to pursue her own individual claims. See Ex. A ¶ 2.

3. Plaintiff Lisa Kennicott disclaims any interest in the class claims that were or that could have been asserted in the Class Action Complaint and Amended Class Action Complaint.

---

[1] Rule 21 provides that "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party."

4. This motion is made without prejudice to Ms. Kennicott's individual claims against Sandia.

5. Ms. Kennicott's withdrawal as a named Plaintiff and severance from this matter will not cause any prejudice to the other three named Plaintiffs—Sue Phelps, Judi Doolittle, and Lisa Garcia, who concur in her withdrawal and severance from this matter.

6. Without waiving its position that no class has been, or could have been, certified in this action, Sandia does not oppose this motion.

Wherefore, Plaintiff Lisa Kennicott respectfully requests that the Court allow her to withdraw as a proposed class representative, drop her as a party to this action, sever her claims from this case, and allow her to proceed as an individual, non-representative party plaintiff in a separate action.

Dated: 4/3/19

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: */s Anne B. Shaver*
Kelly M. Dermody (N.M. Fed. Bar No. 17-18)
Anne B. Shaver (N.M. Fed. Bar No. 17-22)
Michael Levin-Gesundheit (N.M. Fed. Bar No. 17-20)
Tiseme Zegeye (N.M. Fed. Bar No. 17-69)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
E-Mail: kdermody@lchb.com
E-Mail: ashaver@lchb.com
E-Mail: mlevin@lchb.com
E-Mail: tzegeye@lchb.com

Gretchen Elsner (N.M. Fed. Bar No. 07-169)
**ELSNER LAW & POLICY, LLC**
150 Washington Avenue, Suite 201
Santa Fe, NM 87501
Telephone: (505) 303-0980
E-Mail: gretchen@elsnerlaw.org

Adam T. Klein*
Cheryl-Lyn Bentley*
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (212) 977-4005
E-Mail: atk@outtengolden.com
E-Mail: cbentley@outtengolden.com

Rachel Bien*
**OUTTEN & GOLDEN LLP**
601 South Figueroa Street, Suite 4050
Los Angeles, CA 90017
Telephone: (323) 673-9900
Facsimile: (646) 509-2058
E-Mail: rmb@outtengolden.com

*Attorneys for Plaintiffs and the proposed Class*

# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| LISA A. KENNICOTT, LISA A. GARCIA, and SUE C. PHELPS, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SANDIA CORPORATION d/b/a SANDIA NATIONAL LABORATORIES,<br><br>Defendants. | Case 1:17-cv-00188 JB<br><br>**DECLARATION OF LISA A. KENNICOTT IN SUPPORT OF UNOPPOSED MOTION TO WITHDRAW AS NAMED PLAINTIFF** |

**DECLARATION OF LISA A. KENNICOTT IN SUPPORT OF UNOPPOSED MOTION TO WITHDRAW AS NAMED PLAINTIFF**

I, Lisa A. Kennicott, declare:

1. I wish to withdraw as a named plaintiff and class representative in the matter of *Kennicott v. Sandia Corp.*, 1:17-cv-00188 JB.

2. I am not dismissing my individual claims against the Defendant, Sandia Corporation. I wish for my individual claims to be severed from this case.

3. I declare under penalty of perjury under the laws of the United States and the State of New Mexico that the foregoing is true and correct and that this declaration was executed in Albuquerque, New Mexico on March 31, 2019.

Dated: 3/31/2019

By: /s/ _____
Lisa Kennicott

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of April, 2019, I filed the foregoing pleading electronically through the CM/ECF system, which caused all counsel to be served by electronic means:

By:/s/        *Michael Levin-Gesundheit*