April 8, 2019

The Honorable James O. Browning
United States District Court
Pete V. Domenici United States Courthouse
333 Lomas Blvd NW, Suite 660
Albuquerque, New Mexico 87102

Dear Judge Browning:

I am writing to you in regards to Document 223, <u>UNOPPOSED MOTION TO WITHDRAW LISA KENNICOTT AS A CLASS REPRESENTATIVE ...</u> in the case Kennicott et al v. Sandia Corporation, Case 1:17-cv-00188 JB. I do not believe that item 3 of this motion accurately represents my wishes in this case.

I am in the process of searching for local counsel to advise me. In the meantime, I request that you delay ruling on the motion until I have time to obtain legal advice. I believe I can do so in the next two weeks.

Thank you,

*Lisa Kennicott* (signature)

Lisa Kennicott
31 Joe Mae Rd.
Edgewood, NM 87015
505-281-7776

File on CM/ECF
4/10/19