IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LISA A. GARCIA, SUE C. PHELPS, and
JUDI DOOLITTLE, on behalf of themselves
and a class of those similarly situated,

        Plaintiffs,

v.                                        Case No. 1:17-cv-00188-JB-GJF

SANDIA CORPORATION d/b/a SANDIA
NATIONAL LABORATORIES,

        Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Garcia, Phelps and Doolittle and Defendant Sandia Corporation a/k/a National Technology & Engineering Solutions of Sandia, LLC, d/b/a Sandia National Laboratories hereby stipulate to the dismissal with prejudice of the above-captioned case and all claims, including proposed class claims, that were or could have been brought therein. The parties shall bear their own costs and fees.

| | |
|---|---|
| **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br><br>By_/s/ Anne B. Shaver_____<br>Kelly M. Dermody (N.M. Fed. Bar No. 17-18)<br>Anne B. Shaver (N.M. Fed. Bar No. 17-22)<br>Michael Levin-Gesundheit (N.M. Fed. Bar No. 17-20)<br>Tiseme G. Zegeye (N.M. Fed. Bar No. 17-69)<br>Shira Tevah (N.M. Fed. Bar No. 18-32)<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>kdermody@lchb.com / ashaver@lchb.com<br>mlevin@lchb.com / tzegeye@lchb.com<br>stevah@lchb.com | **OUTTEN & GOLDEN LLP**<br>By_/s/ Adam T. Klein_____<br>Adam T. Klein*<br>Cheryl-Lyn Bentley*<br>685 Third Avenue, 25th Floor<br>New York, New York 10017<br>Telephone: (212) 245-1000 685<br>Facsimile: (212) 977-4005<br>atk@outtengolden.com<br>cbentley@outtengolden.com |

**ELSNER LAW & POLICY, LLC**

By *Gretchen Elsner* _____
Gretchen Elsner (N.M. Fed. Bar No. 07-169)
150 Washington Avenue, Suite 201
Santa Fe, NM 87501
Telephone: (505) 303-0980
gretchen@elsnerlaw.org

 And

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
By /s/ Scott Gordon _____
    Scott D. Gordon
    Theresa W. Parrish
    Jeffrey L. Lowry
    Paola V. Jaime Saenz
Post Office Box 1888
Albuquerque, New Mexico 87103
Telephone: (505) 765-5900
Facsimile: (505) 768-7395
sgordon@rodey.com / tparrish@rodey.com
jlowry@rodey.com / psaenz@rodey.com

Rachel Bien*
601 South Figueroa Street, Suite 4050
Los Angeles, CA 90017
Telephone: (323) 673-9900
Facsimile: (646) 509-2058
rmb@outtengolden.com

* attorney associated with member of D.N.M.
    Federal Bar

*Attorneys for Plaintiffs*


MORGAN, LEWIS & BOCKIUS LLP
By /s/ Krissy Katzenstein _____
    Grace E. Speights
    Michael S. Burkhardt
    Krissy A. Katzenstein
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Telephone: (202) 739-3000
Facsimile: (202) 739-3001
grace.speights@morganlewis.com
michael.burkhardt@morganlewis.com
krissy.katzenstein@morganlewis.com


National Technology & Engineering
Solutions of Sandia

By  *Electronically Approved* _____
Cindy Lovato-Farmer
Justin Poore
P.O. Box 5800, MS 0141
Albuquerque, NM 87185-0141
cinlova@sandia.gov
jepoore@sandia.gov

*Attorneys for Defendant Sandia Corporation*