# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

LISA A. KENNICOTT; LISA A. GARCIA;
SUE C. PHELPS, and JUDI DOOLITTLE, on
behalf of themselves and a class of those
similarly situated,

      Plaintiffs,

vs.                                                                                    No. CIV 17-0188 JB\GJF

SANDIA CORPORATION d/b/a SANDIA
NATIONAL LABORATORIES,

      Defendant.

## <u>FINAL JUDGMENT</u>

**THIS MATTER** comes before the Court on: (i) the Order, filed March 31, 2018 (Doc. 106); (ii) the Memorandum Opinion, filed May 14, 2018 (Doc. 113); (iii) the Stipulation of Dismissal with Prejudice, filed May 6, 2019 (Doc. 234)("First Stipulation"); and (iv) the Plaintiff Kennicott's Stipulation of Dismissal with Prejudice, filed May 23, 2019 (Doc. 241)("Second Stipulation"). In the Order, the Court dismissed with prejudice the state law claims that Plaintiffs Lisa A. Kennicott, Lisa A. Garcia, and Sue C. Phelps assert in the Class Action Complaint, filed February 7, 2017 (Doc. 1). <u>See</u> Order at 1. In the Memorandum Opinion, the Court explained its reasoning for the Order. <u>See</u> Memorandum Opinion at 1-54. In the First Stipulation, Garcia, Phelps, and Plaintiff Judi Doolittle, with Defendant Sandia Corporation d/b/a Sandia National Laboratories, "stipulate to the dismissal with prejudice of [this] case and all claims . . . that were or could have been brought therein." First Stipulation at 1. Garcia, Phelps, Doolittle, and Sandia Labs agree that each party will bear its own costs and fees. <u>See</u> First Stipulation at 1. In the

Second Stipulation, Kennicott and Sandia Labs "stipulate to the dismissal with prejudice of [this] case and all claims that were or that could have been brought therein. The parties shall bear their own costs and fees." Second Stipulation at 1. With the Order, the Memorandum Opinion, the First Stipulation, and the Second Stipulation having disposed of all issues, claims, and parties before the Court in this case, the Court now dismisses this case and enters Final Judgment. This Final Judgment does not affect the proposed class members' claims, i.e., those claims of the individuals not named plaintiffs in this case whom the named Plaintiffs in this case at one time proposed to represent.

**IT IS ORDERED** that: (i) this case is dismissed with prejudice; and (ii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Parties and counsel:*

Lisa A. Kennicott
Albuquerque, New Mexico

     *Plaintiff pro se*

Gretchen Mary Elsner
Elsner Law & Policy, LLC
Santa Fe, New Mexico

--and--

Rachel Bien
Outten & Golden LLP
San Francisco, California

--and--

Adam T. Klein
Cheryl-Lyn D. Bentley
Elizabeth V. Stork
Outten & Golden LLP
New York, New York

--and--

David Lopez
Outten & Golden LLP
Washington, D.C.

--and--

Kelly Maureen Dermody
Anne Brackett Shaver
Lin Yee Chan
Tiseme Gabriella Zegeye
Michael Ian Levin-Gesundheit
Shira J. Tevah
Lieff Cabraser Heimann & Bernstein, LLP
San Francisco, California

*Attorneys for Plaintiffs Lisa A. Garcia, Sue C. Phelps, and Judi Doolittle*

Cindy Jean Lovato-Farmer
Justin E. Poore
Sandia Corporation
Albuquerque, New Mexico

--and--

Grace E. Speights
Michael S. Burkhardt
Krissy A. Katzenstein
Morgan, Lewis & Bockius LLP
Washington, D.C.

--and--

Scott D. Gordon
Theresa W. Parrish

Jeffrey L. Lowry
Paola Jaime Saenz
Stephanie L. Latimer
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

*Attorneys for the Defendant*